# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00048-CV

### A. W. and R. R., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY,
### NO. 14-1433, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

PER CURIAM

The reporter's record in this appeal was originally due to be filed on January 27, 2017. By request to this Court dated January 27, 2017, Diana Vargas requested an extension of 10 days.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Diana Vargas is hereby ordered to file the reporter's record in this case on or before February 6, 2017. If the record is not filed by that date, Vargas may be required to show cause why she should not be held in contempt of court.

It is ordered on January 31, 2017.

Before Chief Justice Rose, Justices Field and Bourland